UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALYSSA BRAMLETT o/b/o KMWB,<br><br>                              Plaintiff,<br><br>           -against-<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>                              Defendant. | 24-CV-7486 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's October Order, ECF No. 5, the parties were required to file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or a letter advising the Court that the parties do not consent to conducting all further proceedings before the assigned Magistrate Judge within two weeks of the date on which Defendant entered an appearance. Defendant entered an appearance on October 8, 2024, so it has now been more than weeks, and the parties have not filed either the consent form or a letter. As a courtesy, the deadline is hereby EXTENDED, *nunc pro tunc*, to **October 25, 2024**.

      SO ORDERED.

Dated: October 23, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge