# DENNIS KENNY LAW

288 NORTH PLANK ROAD, NEWBURGH, NY 12550
PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: DENNISKENNYLAW@CS.COM

DENNIS KENNY, ESQ. (NY & PA)
KATHERINE M. USEWICZ, ESQ.
JEFFREY C. LEO, ESQ.
SCOTT T. BLACK, ESQ. (NY & CA)
EDWARD C. DELAUTER, ESQ.
TARA L. JOHNSSON, ESQ. (FL)
JOSEPHINE GOTTESMAN ESQ.

OF COUNSEL
EVAN M. FOULKE, ESQ. (NY & NJ)
GREGORY M. SOBO, ESQ.

## MEMO ENDORSED.

**VIA ECF**

December 1, 2023

Hon. Ona T Wang
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: Bramlett v Commissioner SSA
24-CV-07486 (OTW)

Dear Judge Wang:

This office represents Plaintiff in the above-referenced Social Security appeal.

This morning I received an e-mail from Commissioner's Counsel advising me that Plaintiff's brief was due to be filed on 1/6/25. My office had not received any previous notice of this. Reviewing the docket sheet, I saw that SSA's Administrative Record had been filed on 12/6/24 and that there was a notation of Plaintiff's brief being due by 1/6/25.

I spoke to Commissioner's Counsel to advise of this issue, and he suggested I contact the Court's ECF Help Desk. I was then told that they had a record of having sent the Administrative Record notice to my correct e-mail address and they suggested I check my spam/junk folder. When I did so, I found no record of the Administrative Record having been sent to me there.

Commissioner's Counsel has graciously agreed to an extension of Plaintiff's time to file a motion and memorandum of law in support of the motion by 2/3/25. Additionally, the parties jointly request that Defendant's response or cross-motion be due by 4/4/25 and that Plaintiff's reply, if any, be due on 4/18/25.

ADDITIONAL OFFICES AT:

55 MAIN STREET, GOSHEN, NY | 3344 ROUTE 9 NORTH, 1ST FLOOR, POUGHKEEPSIE, NY | 18 COMPUTER DRIVE WEST, SUITE 109, ALBANY, NY
THE FIRM RESERVES THE RIGHT TO ASSIGN ALL MATTERS TO ANY MEMBER OR ASSOCIATE ATTORNEY

There are no additional deadlines to be observed. The parties jointly request that the Court allow this briefing schedule as requested. Should there be any issues that need to be resolved, kindly have a staff member contact this office. Thank you so much for your consideration.

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Fergus Kaiser, Esq. (VIA ECF).

Application **GRANTED**. The Court adopts the proposed schedule.

**SO ORDERED**.

_____
Ona T. Wang
U.S.M.J. 1/28/2025