**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALYSSA B., obo, KMWB,

                    Plaintiff,

        -against-                                  24 **CIVIL** 7486 (GRJ)

                                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision & Order dated January 12, 2026, Plaintiff's Motion to Remand for

Further Administrative Proceedings is DENIED and this case is DISMISSED; accordingly, the

case is closed.

**Dated:** New York, New York

       January 13, 2026

                                         **TAMMI M. HELLWIG**

                                         **Clerk of Court**

                **BY:**

                                         **Deputy Clerk**